AUSA: Patrick J. Gallagher

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 26 MAG 1118

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANDI ALEXANDER,<br><br>Defendant. | **SEALED COMPLAINT**<br><br>Violation of 18 U.S.C. § 875(c)<br><br>COUNTY OF OFFENSE:<br>NEW YORK |

SOUTHERN DISTRICT OF NEW YORK:

WILLIAM JAMBOIS, being duly sworn, deposes and says that he is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and charges as follows:

## COUNT ONE
## (Threatening Interstate Communications)

1. On or about August 20, 2025, in the Southern District of New York and elsewhere, SHANDI ALEXANDER, the defendant, knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit, ALEXANDER sent threatening electronic messages to another individual ("Victim-1"), threatening violence against Victim-1's children.

(Title 18, United States Code, Section 875(c).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with HSI, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and other people, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## Overview

3. As set forth in greater detail below, on or about August 20, 2025, SHANDI ALEXANDER, the defendant, sent threatening electronic messages via a social media application ("Application-1") to the spouse ("Victim-1") of a U.S. Immigrations and Customs Enforcement ("ICE") deportation officer ("Officer-1"). The first message stated, "Are these your kids you had with your Nazi murder rapist husband. They will get it too. Never think that his whiteness will protect them." The second message consisted of a photograph of Victim-1's and Officer-1's children. ALEXANDER transmitted these threats from New York, New York to a location outside

of the State of New York through Application-1 via a mobile device. In the course of those messages, ALEXANDER made explicit threats to Victim-1 that specifically targeted Victim-1's and Officer-1's children. Law enforcement subsequently identified the individual who made these threats as ALEXANDER.

**Threats to Victim-1**

4. Based on my training, experience, involvement in this investigation, discussions with other law enforcement agents, review of victim statements, and review of open-source materials, I have learned the following, in substance and in part:

a. Victim-1 is the spouse of Officer-1. Victim-1 and Officer-1 have multiple children together.

b. On or about August 20, 2025, Victim-1 received two electronic messages sent via Application-1 to Victim-1's Application-1 account from a particular Application-1 account with the name "Shandi Shandi" (the "Alexander Application-1 Account"). The first message stated, "Are these your kids you had with your Nazi murder rapist husband. They will get it too. Never think that his whiteness will protect them." The second message consisted of a photograph of Victim-1's and Officer-1's children.

c. Based on my training, experience, and participation in this investigation, including my review of the messages, I believe that these electronic messages include threats of violence, including the sending of a photograph of Victim-1's children to Victim-1 while simultaneously asking "[a]re these your kids you had with your Nazi murder [sic] rapist husband" and stating, "[t]hey will get it too," which I believe to be a reference to physically harming Victim-1's children.

d. As set forth below, ALEXANDER sent these electronic messages to Victim-1 while ALEXANDER was in New York, New York. Victim-1 received these electronic messages while Victim-1 was outside of the State of New York.

**Identification of SHANDI ALEXANDER**

5. Based on my participation in this investigation, and as described further below, I believe that the user of the Alexander Application-1 Account, *i.e.*, the individual who transmitted the threating messages to Victim-1, is SHANDI ALEXANDER, the defendant.

6. Based on my review of victim statements, law enforcement records, and publicly available information, I have learned the following, in substance and in part:

a. From in or about June 2022 until on or about August 20, 2025, Victim-1's Application-1 profile contained a photograph of Victim-1's and Officer-1's children, which was also posted on Victim-1's profile for another particular social media application ("Application-2").

b. Victim-1's Application-1 profile also included photographs of Victim-1 and Officer-1 that indicated that they were in a romantic relationship.

c. On or about August 20, 2025, the Alexander Application-1 Account sent to Victim-1's Application-1 account one message that stated, "Are these your kids you had with your Nazi murder rapist husband. They will get it too. Never think that his whiteness will protect them," and a second message that consisted of the photograph of Victim-1's and Officer-1's children that was posted on Victim-1's Application-1 profile and Application-2 profile.

d. The uniform resource locator ("URL")[1] for the Alexander Application-1 Account indicated that an Application-1 user identification number ("UID") associated with that profile is Shandi.alexander.9.

e. Publicly available records, such as shopper loyalty program information and criminal records, revealed that an individual named Shandi Alexander uses a particular phone number ending in -4939 (the "4939 Number") and has a particular date of birth in September 1974.

f. Law enforcement identified a passport photograph (the "Alexander Passport Photograph") of an individual named "Shandi Alexander" with the same date of birth. Based on my participation in this investigation, I believe that the individual pictured in the Shandi Alexander Passport Photograph is the same individual pictured in a photograph of a particular individual obtained from the Alexander Application-1 profile, *i.e.*, ALEXANDER.

g. Based on information provided by Application-1, the Alexander Application-1 Account listed, among other things, the 4939 Number as the phone number, "Shandi Shandi" as the name (which was apparently ultimately edited to "Shan Ddi"), and "shandi.alexander.9" as the vanity name for the Alexander Application-1 Account.

h. Accordingly, and for the reasons set forth above, I believe that ALEXANDER is the user of the 4939 Number.

7. Based on information provided by Application-1 and a particular telecommunications company, I have learned the following, in substance and in part:

a. The 4939 Number is subscribed in the name of a particular individual who, based on my involvement in this investigation, I have learned is SHANDI ALEXANDER's, the defendant's, husband.

b. The Alexander Application-1 Account was accessed on or about August 20, 2025 via a mobile device.

c. All the phone calls made by the 4939 Phone Number on or about August 19, 2025, August 20, 2025, and August 21, 2025 were made from a device located in New York, New York.

d. Accordingly, and based on my training and experience, I believe that, on or about August 20, 2025, ALEXANDER accessed the Alexander Application-1 Account from a mobile device using the 4939 Phone Number. Further, and for the reasons set forth above, I believe that the device ALEXANDER used to transmit the threats was located in New York, New York

[1] A URL is an address for a specific Internet web page.

when ALEXANDER sent the threatening messages to Victim-1, who was located outside of the State of New York.

**<u>Execution of a Search and Seizure Warrant for SHANDI ALEXANDER's Cell Phone</u>**

8. On or about February 24, 2026, in New York, New York, I, along with other federal agents and task force officers, executed a warrant issued by the Honorable Sarah Netburn, United States Magistrate Judge (the "Warrant"), authorizing law enforcement to seize the cell phone assigned to the 4939 Number, which was an Apple iPhone 13 Pro (the "Alexander iPhone").

9. When I presented SHANDI ALEXANDER, the defendant, with the Warrant, she initially refused to comply. After additional conversations, including ALEXANDER's conversations with others, ALEXANDER ultimately provided me with the Alexander iPhone. When I and the law enforcement officers executing the Warrant began to leave, ALEXANDER stated, "Good wishes to all of your families."

10. Based on my review of the electronically stored information contained on the Alexander iPhone, I have learned the following, in substance and in part:

a. The Alexander iPhone was located on ALEXANDER's person at the time I executed the warrant.

b. The Alexander iPhone was logged into the Alexander Application-1 Account.

c. The Alexander Application-1 Account accessible via the Alexander iPhone seized from ALEXANDER's person included two messages sent from the Alexander Application-1 Account to Victim-1's Application-1 account on or about August 20, 2025 at approximately 3:01 p.m. ET. The first message stated, "Are these your kids you had with your Nazi murder rapist husband. They will get it too. Never think that his whiteness will protect them." The second message consisted of a photograph of Victim-1's and Officer-1's children. Based on my review of this message and photograph, they are the same ones that Victim-1 received on or about August 20, 2025 and reported to law enforcement.

d. On or about September 19, 2025 at approximately 4:48 p.m., a text message sent from the Alexander iPhone to a particular individual stated, "[I] had to go incognito girl cause I was doxxed. I was out there talking smack about the J's and one did a screenshot and sent it to my very J agent. Grrrrrl. I was a dummy though having my photo And my name. I decided to take a page from the Felon's page and lie and deny and say it wasn't me and I was hacked and I shut my page for about a month. Erased everything. All my posts comments. Everything. I've thought about revenge on that woman since then but my friend said to let it go." Based on my training and experience, I understand the term "J" in this context to refer to law enforcement officers. Further, in context and based on my training and experience, I believe that in this message, which was sent approximately one month after ALEXANDER's threat to Victim-1, demonstrates that ALEXANDER admitted to sending the message (*"I was out there talking smack about the J's and one did a screenshot and sent it to my very J agent."*), recognized that her image and phone number identified her as the sender (*"I was a dummy though having my photo And my name."*), and so attempted to obfuscate her account for the month after she sent the threatening messages to evade identification and detection as the individual who had made the threat (*"I decided to take a page*

*from the Felon's page and lie and deny and say it wasn't me and I was hacked and I shut my page for about a month."*). Moreover, in her private message, ALEXANDER stated that she had continued to think "about revenge on that woman," which I believe refers to Victim-1.

11. Based on the information set forth herein, including that (a) the Alexander iPhone seized from the person of SHANDI ALEXANDER, the defendant, contained threatening messages sent to Victim-1, which ALEXANDER in private correspondence admitted to sending and taking steps to obscure them; and (b) the Application-1 account that sent the threatening messages is associated with the name "Shandi Shandi" and "Shan Ddi", the Application-1 UID "Shandi.alexander.9," and the 4939 Phone Number, I believe that the person who sent the threatening Application-1 messages from the Alexander Application-1 Account to Victim-1 is, in fact, SHANDI ALEXANDER, the defendant.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of SHANDI ALEXANDER, the defendant, and that she be arrested, and imprisoned or bailed, as the case may be.

s/ William Jambois /otw
William Jambois
Special Agent
Homeland Security Investigations

Sworn to me, this 1st day of April, 2026.

THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York