UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA :

- v. - : 26 Mj. 1118

SHANDI ALEXANDER :

Defendant. :
-----------------------------------------------------------x

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Criminal Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Madeline Silva, respectfully move this Court for an order permitting my withdrawal as counsel for Defendant Shandi Alexander in the above-captioned matter and directing the Clerk of the Court to remove my name from the CM/ECF filings service list for this matter.

Withdrawal is necessary because my temporary association with the Federal Defenders of New York as a secondee attorney will end on May 22, 2026. Ms. Alexander will continue to be represented by remaining counsel of record from the Federal Defenders of New York. Should the Court require any further information regarding this motion after May 22, I can be reached at 212-909-6656 or mmsilva@debevoise.com.

Dated: May 22, 2026

Respectfully submitted,

*/s/Madeline Silva*
Madeline Silva, Esq.
52 Duane Street, 10th Floor
New York, New York 10007
Tel.: (212) 417-8700
Madeline_Silva@fd.org