UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SHANDI ALEXANDER,

Defendant.

**Affirmation in Support of Application for Order of Continuance**

26 Mag. 1118

State of New York )
County of New York : ss.:
Southern District of New York )

Patick J. Gallagher, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

2. The defendant was charged in a complaint dated April 1, 2026, with a violation of 18 U.S.C. § 875(c). The defendant was arrested on April 9, 2026, and was presented in this District before Magistrate Judge Stewart D. Aaron on that same date, at which proceeding the defendant was represented by Madeline Silva, Esq., and ordered released on bail with certain conditions.

3. At the presentment on April 9, 2026, a preliminary hearing was scheduled for May 11, 2026, after defense counsel consented to extend the deadline within which to conduct a preliminary hearing. Under the Speedy Trial Act, the Government had until May 11, 2026 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. On May 6, 2026, Magistrate Judge Valerie Figueredo entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until June 10, 2026.

5. On June 4, 2026, Magistrate Judge Gary Stein entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until July 10, 2026.

6. Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before July 10, 2026.

7. Therefore, the Government requests a 30-day continuance until August 10, 2026, to continue the foregoing discussions toward resolving this matter. On July 8, 2026, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to August 10, 2026, and has specifically consented to this request. This application has been authorized by Assistant United States Attorney Andrew Dember, Deputy Chief of the Criminal Division.

8. For the reasons stated above, good cause supports the extension of the preliminary

hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
July 8, 2026

Patrick J. Gallagher
Assistant United States Attorney
212-637-2251