UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SHANDI ALEXANDER,

Defendant.

**INDICTMENT**

26 Cr.

26 CRIM 410

**COUNT ONE**
**(Threatening Interstate Communications)**

The Grand Jury charges:

1. On or about August 20, 2025, in the Southern District of New York and elsewhere, SHANDI ALEXANDER, the defendant, knowingly transmitted in interstate and foreign commerce communications containing threats to injure the person of another, to wit, ALEXANDER sent threatening electronic messages from New York, New York over a particular social media application to another individual ("Victim-1") outside of New York State, in which ALEXANDER threatened to kill and injure Victim-1's children.

(Title 18, United States Code, Section 875(c).)

[redacted] 9/8/26
FOREPERSON

James M. McDonald
JAMES M. McDONALD
United States Attorney